JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWON LEE HARDY, | Case No. ED CV 16-2199 FMO (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| D. PARAMO, *Warden*, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: August 16, 2017              /s/
                          HON. FERNANDO M. OLGUIN
                          UNITED STATES DISTRICT JUDGE